IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SANDRA WASDIN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 5:05-cv-340 |
| | : |
| CHEETAH TRANSPORTATION, | : |
| LLC; ALLEN WATTS; and | : |
| CLARENDON NATIONAL | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendants. | : |

## CONSENT ORDER

On December 12, 2006 Plaintiff Sandra Wasdin filed Plaintiff's First Amended Complaint for Damages wherein claims against the following parties were inadvertently made therein: ATF Trucking, LLC; ATF Trucking, Inc.; A.T.F. Trucking, L.L.C.; American Trans Freight, LLC; American Trans Freight Holdings, LLC; ATF Flatbed, LLC; ATF Van, LLC; ATF Dedicated, LLC; Trans Coastal Trucking, LLC, formerly known as ATF Dedicated LLC; ATF Leasing, LLC, formerly known as American Trans Freight, LLC; and American Trans Freight Holdings, LLC (hereinafter "the dismissed parties"). These parties were previously dismissed with prejudice via Stipulation (doc. 14) filed with this Court on January 4, 2006.

IT IS HEREBY ORDERED that Plaintiff has ten (10) days from the date of this order to file a second amended complaint deleting all claims against the dismissed parties. Defendants have ten (10) days from the date the second amended complaint is filed to file an answer to the second amended complaint. Defendants need not file an answer to Plaintiff's First Amended Complaint for Damages.

SO ORDERED, this 18th of December, 2006.

/s/ *Duross Fitzpatrick*
Duross Fitzpatrick, Judge
United States District Court
Middle District of Georgia
Macon, Georgia

CONSENTED TO BY:

s/PAUL R. AYERBE
Georgia Bar No. 029810
Attorney for Plaintiff


s/M. ANGELA COOPER
Georgia Bar No. 186164
For the Firm
Attorney for Defendants